**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| OLAMIDE OLATAYO BELLO, #65100510 | § § § | |
| VS. | § § | CIVIL CASE NO. 4:25-CV-533-SDJ-BD |
| UNITED STATES OF AMERICA | § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Bill Davis, who issued a Report and Recommendation, (Dkt. #7), concluding that the petition for writ of mandamus should be denied. Petitioner timely filed an Objection. (Dkt. #11).

The court reviews the objected-to portions of a report and recommendation *de novo*. 28 U.S.C. § 636(b)(1). In conducting a *de novo* review, the court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Petitioner asserts that the Magistrate Judge erred in concluding that he cannot obtain a writ of mandamus to dismiss the original indictment. (Dkt. #11 at 3). He further objects that "because the state of Texas, Florida, California, Missouri, and Colorado has been documented to constitute a legal entity to include Mr. Olamide Olatayo Bello's related businesses and corporations, the related businesses and

1

corporations can not be said that they are 'truely Mr. Olamide Olatayo Bello' for the purposes of this prosecution and for the purpose of the PSR." *Id*. at 2. To the extent Petitioner is challenging his identity and the underlying indictment, he cannot show entitlement to mandamus relief for the reasons stated in the Report and Recommendation. (Dkt. #7). Accordingly, Petitioner's objection is without merit.

For portions of the Magistrate Judge's report that Petitioner did not clearly object to, the court reviews such portions for clear error. *See Douglass*, 79 F.3d at 1420. Having reviewed the unobjected-to portions of the Magistrate Judge's report, the court is satisfied that they contain no clear error.

Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that the Report and Recommendation (Doc. #7) is **ACCEPTED**. Fed. R. Civ. P. 72(b)(3). The petition for a writ of mandamus is **DENIED**.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 10th day of April, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2